**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JEFFREY GRAY** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civ. No. 2:24-cv-154-HSO-BWR** |
| | § | |
| | § | |
| **CITY OF HATTIESBURG, MISSISSIPPI, et al.** | § | **DEFENDANTS** |
| | § | |

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED**, this the 9th day of June, 2025.

s/ Halil Suleyman Ozerden
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE