**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JEFFREY GRAY** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 2:24-CV-154-HSO-BWR**

**CITY OF HATTIESBURG, MISSISSIPPI;**
**HARRY CROCKETT; AND MARVIN ROSS,**
**JR.** **DEFENDANTS**

**STIPULATION OF DISMISSAL**

It is stipulated that all claims against Defendants the City of Hattiesburg, Mississippi; Harry Crockett; and Marvin Ross, Jr. ("Defendants") may be dismissed with prejudice pursuant to the terms of a Confidential Settlement Agreement and Release entered into between Defendants and Plaintiff Jeffrey Gray which includes full provisions for any and all claims of attorneys' fees and costs arising in this action.

Based on this stipulation, the parties agree that the Court may enter a Final Judgment dismissing this case with prejudice.

Dated: June 18, 2025.

Respectfully submitted,

HICKS LAW FIRM, PLLC

BY: */s/ Robert L. Dossett*

HICKS LAW FIRM, PLLC
Robert Lane Dossett, MB #102927
211 S. 29th Ave., Suite 201 (39401)
P.O. Box 18350
Hattiesburg, Mississippi 39404-8350
Telephone: 601-544-6770
Telecopier: 601-544-6775
Email: lane@hicksattorneys.com

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that I had a copy of this document filed electronically, which sent notice to all counsel of record.

SO CERTIFIED, this the 18th day of June, 2025.

*/s/ Robert Lane Dossett*
Robert Lane Dossett